# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

BAMBIE L. BRADLEY,
ADC #705175                                                                            PLAINTIFF

V.                                     4:15CV00719 SWW/JTR

JOHN and JANE DOES,
Unknown Wal-Mart CEO,
Clothing Stock Employee, and
Claims Officer                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      This case is DISMISSED WITHOUT PREJUDICE.[1]

2.      It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 15th day of December, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] As the Recommendation makes clear, plaintiff's recourse, if any, is in state court.