UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BAMBIE L. BRADLEY,
ADC #705175                                                                                                    PLAINTIFF

V.                                              4:15CV00719 SWW/JTR

JOHN and JANE DOES,
Unknown Wal-Mart CEO,
Clothing Stock Employee, and
Claims Officer                                                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice. The case is closed, and it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 15th day of December 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE